AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
Manuel Lopez Bernal

*Defendant(s)*

Case No. 3:26-mj-00283

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 1-30, 2026 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | Manufacture, Distribute, or Possess Controlled Substance (methamphetamine) |

This criminal complaint is based on these facts:

The attached affidavit of ATF Special Agent Nathan Miller

❒ Continued on the attached sheet.

By telephone

*Complainant's signature*

ATF Special Agent Nathan Miller

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:59 a.m.

Date: 10/20/2026

*Judge's signature*

City and state: Portland, Oregon

STACIE F. BECKERMAN, U.S. Magistrate Judge

*Printed name and title*

DISTRICT OF OREGON, ss: AFFIDAVIT OF NATHAN MILLER

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Special Agent Nathan Miller, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and have been since July 2014. My current assignment is to the Portland, Oregon Field Office. My training includes twenty-seven (27) weeks of Criminal Investigator and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. I have participated in investigations involving firearms trafficking, National Firearms Act violations, unlawful firearms possession, and illegal narcotic trade, which often involves firearms. I have participated in investigations involving complex criminal organizations and gangs which often involve the illegal use and possession of firearms. I have participated in investigations where the use of computers, smart phones, digital media, and the internet have been used in furtherance of crimes related to the illegal possession / trafficking of firearms and illegal narcotics.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Manuel Lopez **Bernal** (DOB: XX/XX/1964) for Manufacture, Distribute, or Possess Controlled Substance in violation of 21 U.S.C. § 841(a)(1). As set forth below, there is probable cause to believe, and I do believe, that Manuel L. BERNAL committed the federal Violation of Manufacture, Distribute, or Possess Controlled Substance in violation of 21 U.S.C. § 841(a)(1).

**Applicable Law**

3. Title 21 U.S.C. § 841(a)(1) provides that it shall be unlawful for any person to knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to

manufacture, distribute, or dispense, a controlled substance. Based on the facts of this investigation, the allegations against BERNAL carry a statutory maximum of 5-40 years' imprisonment, a fine of $5 million, and not less than four years' supervised release.



*Oregon DL Photo of Manuel L. BERNAL*

**Sources of Information**

4. [redacted]

5. [redacted]

[redacted]

**Statement of Probable Cause**

6. In late August 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) initiated a proactive enforcement operation in the Portland area targeting high-density crime areas. The operation was informed by intelligence and data derived from NIBIN-related firearm recoveries, associated ballistic evidence, and reported shootings. [redacted]

7. [redacted]

[redacted]

[redacted]

[redacted]

***September 8, 2026: BERNAL Distributes Methamphetamine during ATF Controlled Purchase***

8. [redacted]

9. [redacted]

[redacted]

[redacted]

10. [redacted]

[redacted]

[redacted]

11. [redacted] confirmed that the person in the driver's license photo and the individual who sold them suspected methamphetamine were the same.



*Oregon DL Photo of Manuel Lopez BERNAL*

12. The purchased narcotics were later weighed and tested. The suspected methamphetamine was tested with a NIK Test which yielded a presumptive positive result for the presence of methamphetamine. The approximate weight of the suspected methamphetamine, including packaging, was fifty-five (55) grams.









***September 10, 2026: BERNAL Distributes Methamphetamine during ATF Controlled Purchase from BERNAL***

13. [redacted]

[redacted]

[redacted]

[redacted]



*Suspected methamphetamine sold by BERNAL*



*BERNAL (circled) on north side of 4815 SE 62nd Avenue shortly before UC meth buy on September 10, 2026*

15. The purchased narcotics were later weighed and tested. The suspected methamphetamine was tested with a NIK Test which yielded a presumptive positive result for the presence of methamphetamine. The approximate weight of the suspected methamphetamine, including packaging, was fifty-eight (58) grams.




***September 15, 2026: BERNAL Distributes Methamphetamine During ATF Controlled Purchase***

16. [redacted]

17. [redacted] **Bernal** exited the [redacted] vehicle, re-entered his

vehicle, and returned to the residence located at 4815 SE 62nd Ave., Portland, Oregon. According to the Oregon Department of Motor Vehicles, the Toyota hatchback driven to and from the controlled purchase on September 15, 2026, was registered to a Manuel Lopez BERNAL at 4815 SE 62nd Ave., Portland, Oregon.



***Bernal** approaching silver hatchback carrying bag before September 15, 2026, controlled purchase*

18. The purchased narcotics were later weighed and tested. The suspected methamphetamine was tested with a NIK Test which yielded a presumptive positive result for the presence of methamphetamine. The approximate weight of the suspected methamphetamine, including packaging, was eighty-eight (88) grams.




***October 20, 2026: Search Warrant of 4815 SE 62nd Ave. Portland, Oregon***

19. Based on the controlled purchases ATF made from **Bernal** over the course of September that resulted in ATF seizing approximately 200 gross grams of methamphetamine **Bernal** distributed, investigators applied for search warrants for **Bernal's** person and residence. On October 20, 2026, ATF executed a search warrant at **Bernal's** residence located at 4815 SE 62nd Ave. Portland, Oregon. **Bernal** was taken into custody without incident. As of the submittal of this affidavit the search of the residence is ongoing. Initial reports of the scene indicate the following recoveries:

- Four (4) firearms, (three reported stolen)
- Multiple pounds of marijuana (weight yet to be determined)
- Narcotics paraphernalia

## Review of Criminal History

20. I reviewed a computer criminalized history for **Bernal** and observed the following felony convictions:

- 1987, Burglary 2nd Degree, Multnomah County Circuit Court, State of Oregon, case number 850531740. Sentenced to five years incarceration.
- 1990, Theft 1, Thurston County Superior Court, State of Washington, case number 9013829. Sentenced to 60 days incarceration.
- 1999, Controlled Substance Offense, Multnomah County Circuit Court, State of Oregon, case number 991239662. Sentenced to 12 months probation.
- 2002, Attempt to Elude Police, Multnomah County Circuit Court, State of Oregon, case number 020432560. Sentence to 18 months probation.
- 2010, Felon in Possession of Weapon, Unlawful Possession of Methamphetamine, Multnomah County Circuit Court, State of Oregon, case number 100732692. Sentenced to 15 days incarceration.

## Request for Sealing

21. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested search warrant, including the application, this affidavit, the attachments, and the requested search warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause the destruction of or tampering with evidence. Premature disclosure of the contents of the application, this affidavit, the attachments, and the requested search warrant may adversely affect the integrity of the investigation.

## Conclusion

22. Based on the foregoing, I have probable cause to believe, and I do believe, that Manuel Lopez **Bernal** committed the federal of Violation of Manufacture, Distribute, or Possess Controlled Substance in violation of 21 U.S.C. § 841(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Manuel Lopez **Bernal**.

23. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney Paul T. Maloney. AUSA Maloney advised me that, in his opinion, the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ Sworn to by telephone
Nathan Miller
Special Agent, ATF

Subscribed and sworn to by telephone at 10:59 a.m. in accordance with Fed. R. Crim. P. 4.1 me this 20th day of October 2026.

Stacie F. Beckerman

HON. STACIE F. BECKERMAN
United States Magistrate Judge